MCM; cjn
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

FAHIMA EGEH MAHAMUD

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 26-mj-168 (DTS)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _____ FAHIMA EGEH MAHAMUD _____

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    X
Complaint

___ Probation Violation Petition    ___Supervised Release Violation Petition    ___ Violation Notice ___
Order of the Court

From at least in or about December 2020 through in or about July 2021, in the State and District of Minnesota, and elsewhere, the defendant, FAHIMA EGEH MAHAMUD, did knowingly devise and participate in a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and by concealment of material facts, and for the purpose of executing such scheme and artifice, knowingly transmitted or caused to be transmitted by means of a wire communication in interstate commerce, certain writings, signs, signals, and sounds, including a May 7, 2021, email to recipients at Feeding Our Future with the subject line "Fwd: Future Leaders Early afterschool meal count and Menu" pictures, all in violation of 18 U.S.C. § 1343.

Date: 2/12/26

_____
Issuing officer's signature

City and State: Minneapolis, MN

The Honorable David T. Schultz
United States Magistrate Judge
_____
Printed Name and Title

| **Return** | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* at *(city and state)* _____ . | |
| Date: _____ | _____<br>Arresting officer's signature<br>Printed name and title |

2