UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 26-mj-168 (DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

FAHIMA EGEH MAHAMUD,

Defendant.

**FILED UNDER SEAL PURSUANT
TO ORDER**

**MOTION TO SEAL**

The United States of America, by its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Matthew C. Murphy, Assistant United States Attorney, respectfully submits this motion to file the Complaint and accompanying Affidavit of FBI Special Agent Jared Kary under seal.

The United States seeks to seal the Complaint and affidavit because the defendant, FAHIMA EGEH MAHAMUD, is not yet in federal custody. Law enforcement officers investigating this case have expressed serious concern that if the Complaint and Affidavit are made public, and FAHIMA EGEH MAHAMUD is alerted of her impending arrest on the federal warrant, there is safety risk to FAHIMA EGEH MAHAMUD and law enforcement taking her into federal custody as well as a substantial risk that FAHIM EGEH MAHAMUD will flee the jurisdiction or otherwise attempt to evade prosecution.

Dated: February 12, 2026

Respectfully submitted,

DANIEL N. ROSEN
UNITED STATES ATTORNEY

*s/ Matthew C. Murphy*

BY: MATTHEW C. MURPHY
Assistant United States Attorney

5