UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 26-mj-168 (DTS)

UNITED STATES OF AMERICA,

                Plaintiff,

v.

FAHIMA EGEH MAHAMUD,

                Defendant.

**FILED UNDER SEAL PURSUANT TO ORDER**

**ORDER TO SEAL**

The United States submitted a motion requesting that the Court seal the Complaint and accompanying Affidavit in the above-referenced case until the defendant, FAHIMA EGEH MAHAMUD is arrested on a federal warrant, which is tentatively scheduled for February 12, 2026. The Court determines that good cause exists to allow the request for temporarily sealing.

Accordingly, IT IS HEREBY ORDERED that the United States' motion to seal is GRANTED.

2/12/26
Dated

The Honorable David T. Schultz
United States Magistrate Judge

6