# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States, | **NOTICE OF APPEARANCE** |
| Plaintiff, | Case No:      26-MJ-168 (DTS) |
| v. | |
| Fahima Egeh Mahamud, | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Debra Hilstrom, shall appear as counsel of record for Defendant Fahima Egeh Mahamud in this case.

Dated:   February 18, 2026         /s/ Debra Hilstrom
                                   Debra J. Hilstrom (#0390713)
                                   Debra J. Hilstrom Attorney at Law, PLLC
                                   525 Park Street, Suite 320
                                   St. Paul, MN 55103
                                   (763) 479-9304
                                   debra@debrahilstromlaw.com