**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          26-mj-168 DTS |
| | ) | Date:             February 19, 2026 |
| Fahima Egeh Mahamud, | ) | Court Reporter:   Erin Drost |
| | ) | Courthouse:       St. Paul |
| Defendant. | ) | Courtroom:        6A |
| | ) | Time Commenced:   10:22 a.m. |
| | ) | Time Concluded:   10:40 a.m. |
| | ) | Time in Court:    20 minutes |

X **PRELIMINARY HEARING**          X **DETENTION HEARING**

Time in Court Prelim/Detention: 2 minutes/16 minutes

APPEARANCES:

Plaintiff: Matthew Murphy, Assistant U.S. Attorney
Defendant: Debra Hilstrom
                X Retained

On      X Complaint

X Defendant waives the right to the preliminary hearing.
X Probable cause found. Defendant bound over to District Court of Minnesota.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
X Interpreter/Language: Ayderus Ali/Somali. The interpreter was present in a standby capacity.

_____ *s/nah*
Signature of Courtroom Deputy