UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-168 (DTS)

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

                              **ORDER**

FAHIMA EGEH MAHAMUD,

        Defendants.

This matter came before the Court on February 19, 2026, for a preliminary hearing pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, and a hearing on the government's motion for detention. Ms. Mahamud was represented by Debra Hilstrom. The United States of America was represented by Assistant United States Attorney Matthew C. Murphy.

At the hearing, the parties knowingly and voluntarily agreed to waive the provision of the Speedy Trial Act requiring the government to charge the defendant by information or indictment within thirty days from the date the defendant was arrested, 18 U.S.C. § 3161(b). The parties instead agreed that the government may file such charging instrument within sixty days of the defendant's arrest, or by April 13, 2026. The defendant also knowingly and voluntarily agreed to the tolling of the statute of limitations for any charges the government may file against her by information or indictment for a period of sixty days from the date of her arrest, or from February 12, 2026, through April 13, 2026.

1

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1.      Pursuant to 18 U.S.C. § 3161(h)(7), a 30-day continuance of the period in which the government my file criminal charges against Ms. Mahamud, until April 13, 2026, serves the ends of justice as it will afford the parties adequate time to discuss a possible resolution to this matter.

2.      Ms. Mahamud, knowingly, intelligently, and voluntarily agreed to toll the statute of limitations for any charges the government might file against her for a period of 60 days from the date of her arrest, until April 13, 2026.

For the foregoing reasons,

IT IS HEREBY ORDERED that:

1.      The time by which the government may file an information or indictment charging Ms. Mahamud with an offense shall be extended to April 13, 2026.

2.      The statute of limitations for any charges the government may file against Ms. Mahamud shall be tolled for the period from February 12, 2026, through April 13, 2026.

Dated: February 19, 2026,

_s/  John F. Docherty_____
Honorable John F. Docherty
United States Magistrate Judge

2