PS 8

(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Fahima Egeh Mahamud                    Docket No. 0864 0:26-00168M-001(DTS)

### Petition for Action on Conditions of Pretrial Release

COMES NOW Bradley A. Rupprecht, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Fahima Egeh Mahamud** who was placed under pretrial supervision by the Honorable John F. Docherty, sitting in the Court at St. Paul on the 19th day of February, 2026, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Report Contact with Law Enforcement
- Location Monitoring Program Under Home Detention with GPS
- Financial Disclosure
- No New Credit
- No Accessing Federal Child Nutrition Program Funds
- No Claims for Government Social Service Programs Reimbursements
- Employment Restrictions
- Residential Requirements

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

In consideration of the defendant's positive adjustment to pretrial supervision, as is set forth under separate cover, it is recommended the following location restriction program component be vacated:

**Home Detention**: You are restricted to your residence at all times except for medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

And replaced with the following restriction:

**Curfew:** You are restricted to your residence every day as directed by the pretrial services officer.

All other conditions of release shall remain in effect as previously ordered.

Petition for Action on Conditions of Pretrial Release          RE: Fahima Egeh Mahamud
Page 2


PRAYING THAT THE COURT WILL ORDER: that the defendant's pretrial release conditions be modified as indicated above.

<div style="display:flex">

**ORDER OF THE COURT**

Considered and ordered this ⁶ᵗʰ day of _May_ , 2026, and ordered filed and made a part of the records in the above case.

_David T. Schultz_
David T. Schultz
U.S. Magistrate Judge

</div>

I declare under penalty of perjury that the foregoing is true and correct.

s/Bradley A. Rupprecht
Bradley A. Rupprecht
U.S. Probation Officer
612-664-5377


Executed on          May 5, 2026

Place               Minneapolis

Approved:

s/Eric R. Hermes
Eric R. Hermes
Supervisory U.S. Probation Officer