PS 8
(Rev 5/10)

# UNITED STATES DISTRICT COURT
for
District of Minnesota

Filed by the Clerk

U.S.A. vs. Fahima Egeh Mahamud Docket No. 0864 0:26CR00097-001(NEB)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Bradley A. Rupprecht, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Fahima Egeh Mahamud** who was continued under pretrial supervision by the Honorable Nancy E. Brasel, sitting in the Court at Minneapolis on the 9th day of July, 2026, under the following special conditions (in part):

- Pretrial Services Supervision
- Surrender Passport (satisfied)
- Location Monitoring Program
- Residential Requirements

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Fahima Mahamud has been subject to global positioning system (GPS) location monitoring technology since she was ordered released onto pretrial supervision on February 19, 2026, and she is presently restricted to a daily curfew. Based upon her compliance, it is respectfully recommended conditions requiring her to be subject to location monitoring technology (GPS) and related restriction requirements (curfew) be vacated. Counsel for the defendant and the government were contacted and neither offered any objection.

All other conditions of release shall remain in effect as previously ordered.

PRAYING THAT THE COURT WILL ORDER that the defendant's pretrial release conditions be modified as indicated above.

ORDER OF THE COURT

Considered and ordered this 21st day of October, 2026, and ordered filed and made a part of the records in the above case.

s/Nancy E. Brasel
Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Bradley A. Rupprecht
Bradley A. Rupprecht
U.S. Probation Officer
612-664-5377

Executed on October 20, 2026

Place Minneapolis

Approved:

s/Eric R. Hermes
Eric R. Hermes
Supervisory U.S. Probation Officer